1

2

3          E-FILED on 2/1/13

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RODNEY BROWN,                    )   No. C 13-00079 RMW (PR)
                                      )
12              Plaintiff,            )   ORDER OF TRANSFER
                                      )
13        vs.                         )
                                      )
14   RON BROWN, et al.,               )
                                      )
15              Defendants.           )
     _____)

16

17        Plaintiff, a state prisoner proceeding pro se, filed a federal civil rights complaint pursuant

18   to 42 U.S.C. § 1983.  The acts complained of occurred in the Twin Towers Correctional Facility

19   in Los Angeles, and Defendants are located in Los Angeles, which lies within the venue of the

20   Central District of California.  Therefore, venue properly lies in the Central District.  See 28

21   U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States District Court

22   for the Central District of California.  See 28 U.S.C. § 1406(a).  The Clerk shall terminate all

23   pending motions and transfer the entire file to the Central District of California.

24        IT IS SO ORDERED.

25   DATED:  __2/1/13__

26                                        RONALD M. WHYTE
                                          United States District Judge
27

28

Order of Transfer
G:\PRO-SE\SJ.Rmw\CR.13\Brown079trans.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

RODNEY BROWN,

                Plaintiff,

  v.

COUNTY OF LOS ANGELES et al,

                Defendant.
_____/

Case Number: CV13-00079 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney Brown # 3297631
450 Bauchet Street
Los Angeles, CA 90012

Dated: February 21, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk